# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2025 KW 0550

**SEPTEMBER 8, 2025**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED.** On January 10, 2025, the Louisiana Appellate Project, who was appointed to represent relator, filed a motion to designate the record for appeal and to set a return date.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT